IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOE NATHAN GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv439-MHT |
| | ) | (WO) |
| JOY SIMPSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 3) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(3) Plaintiff's motion for leave to proceed in forma pauperis (doc. no. 2) is denied.

(4) This lawsuit is dismissed without prejudice for failure to pay the full filing fee upon initiation of the case.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of July, 2019.

                                  /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE